| | |
|---|---|
| 1 | David A. Randall (SBN 156722) |
|   | dave@hdmnlaw.com |
| 2 | Ehab M. Samuel (SBN 228296) |
|   | esamuel@hdmnlaw.com |
| 3 | Sepehr Daghighian (SBN 239349) |
|   | sd@hdmnlaw.com |
| 4 | HACKLER DAGHIGHIAN MARTINO & NOVAK P.C. |
|   | 10900 Wilshire Blvd., Suite 300 |
| 5 | Los Angeles, CA 90024 |
|   | Tel.: (310) 887-1333 |
| 6 | Fax: (310) 887-1334 |
| 7 | Attorneys for Plaintiff |
|   | JOEL GOOBICH |
| 8 | |
| 9 | SEYFARTH SHAW LLP |
|   | Jon D. Meer (SBN 144389) |
|   | jmeer@seyfarth.com |
| 10 | Caitlyn M. Crisp (SBN 294136) |
|    | ccrisp@seyfarth.com |
| 11 | 2029 Century Park East, Suite 3500 |
|    | Los Angeles, California 90067-3021 |
| 12 | Telephone: (310) 277-7200 |
|    | Facsimile: (310) 201-5219 |
| 13 | |
| 14 | Attorneys for Defendant |
|    | EXCELLIGENCE LEARNING CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL GOOBICH, a Texas Resident, | Case No. 5:19-cv-06771-EJD |
| Plaintiff, | **JOINT STIPULATION TO DISMISS** |
| v. | |
| EXCELLIGENCE LEARNING CORPORATION f/k/a QTL CORPORATION, a Delaware corporation, | Complaint Filed: October 18, 2019 |
| Defendant. | |

JOINT STIPULATION TO DISMISS

Plaintiff Joel Goobich and Defendant Excelligence Learning Corporation f/k/a QTL Corporation hereby stipulate and agree, pursuant to Pursuant to Federal Rule of Civil Procedure 41(a)(2), through their respective undersigned counsel, that the above-captioned action is hereby dismissed with prejudice as to all parties, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: June 5, 2021                    HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.

By: /s/ David A. Randall
David A, Randall
Ehab M. Samuel
Sepehr Daghighian

Attorneys for Plaintiff
JOEL GOOBICH

DATED: June 5, 2021                    SEYFARTH SHAW LLP

By: /s/ Caitlyn M. Crisp
Jon D. Meer
Caitlyn M. Crisp

Attorneys for Defendant
EXCELLIGENCE LEARNING CORPORATION

Filer's attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, David A. Randall hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.